UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

METROMOTION PRODUCTIONS, INC., a
New York Corporation, and DAYLIGHT
STUDIO, LLC, a New York Limited Liability
Corporation,

        Plaintiffs,

        vs.

FIREMAN'S FUND INSURANCE COMPANY,
A California Corporation,

        Defendant.
------------------------------------------------------------x

CASE NO. 17-cv-06419



## ORDER FOR ADMISSION
## PRO HAC VICE

The motion of, Michael L. Childress, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member of good standing of the bar(s) of the state(s) of Illinois and Florida; and that his contact information is as follows:

Michael L. Childress
Childress Loucks & Plunkett
11 West Illinois Street, 4th Floor
Chicago, Illinois 60654
Tel:    312-494-0200
Facsimile: 312-494-0202

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for METROMOTION PRODUCTIONS, INC., a New York Corporation, and DAYLIGHT STUDIO, LLC, a New York Limited Liability Corporation. In the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of new York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: August 24, 2017

_____
United States District/~~Magistrate~~ Judge

9-5-17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

METROMOTION PRODUCTIONS, INC., a           CASE NO. 17-cv-06419
New York Corporation, and DAYLIGHT
STUDIO, LLC, a New York Limited Liability
Corporation,

        Plaintiffs,

vs.

FIREMAN'S FUND INSURANCE COMPANY,
A California Corporation,

        Defendant.
------------------------------------------------------------x

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Plaintiffs, METROMOTION PRODUCTIONS, INC., a New York Corporation, and DAYLIGHT STUDIO, LLC, a New York Limited Liability Corporation, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for METROMOTION PRODUCTIONS, INC., a New York Corporation, and DAYLIGHT STUDIO, LLC, a New York Limited Liability Corporation in the above-captioned action. In support of this motion, Plaintiffs state as follows:

    1.     I am in good Standing of the bar(s) of the state of Illinois and Florida. See Exhibits A and B.

    2.     I have never been convicted of a felony nor have I ever been censured, suspended, disbarred or denied admission or readmission by any court.

    3.     I have attached the affidavit pursuant to Local Rule 1.3. See Exhibit C.

Dated: August 23, 2017

                                               Respectfully submitted,

                                               /s/*Michael L. Childress*
                                               Michael L. Childress

Michael L. Childress
CHILDRESS LOUCKS & PLUNKETT
11 West Illinois Street
4th Floor
Chicago, Illinois 60654
Telephone: (312) 494-0200
Facsimile: (312) 494-0202
MChildress@childress-lawyers.com

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Michael Childress

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/05/1981 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 22nd day of August, 2017.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois

**EXHIBIT A**

# Supreme Court of Florida
## Certificate of Good Standing

*I JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

### MICHAEL CHILDRESS

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **July 25, 2005,** *is presently in good standing, and that the private and professional character of the attorney appear to be good.*

*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this August 29, 2017.*

*Clerk of the Supreme Court of Florida.*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

METROMOTION PRODUCTIONS, INC., a      CASE NO. 17-cv-06419
New York Corporation, and DAYLIGHT
STUDIO, LLC, a New York Limited Liability
Corporation,

        Plaintiffs,

        vs.

FIREMAN'S FUND INSURANCE COMPANY,
A California Corporation,

        Defendant.

## AFFIDAVIT OF MICHAEL CHILDRESS

I, Michael L. Childress, am over the age of 18 and am competent to the following matters on personal knowledge as otherwise noted below.

1.     I am an attorney at law and have been a member of the American Association for Justice since December 3, 1997, my office address is 11 West Illinois Street, 4th Floor, Chicago, Illinois 60654.

2.     I am an active member of the Supreme Court of Illinois and was admitted on November 5, 1981.

3.     I was admitted to the Florida Bar on November 5, 2005.

4.     I have never been convicted of a felony, I have never been censured, suspended, disbarred or denied admission or readmission by any court and there are no disciplinary proceedings presently against me.

5.     I am familiar with the provision of the Judicial Code (Title 28, U.S.C.) which pertain to the jurisdiction of, and practice in, the United States District Courts; (b) the Federal Rules of Civil Procedure; (b) The federal Rules of Evidence; (c) the local Rules of the United States District Court for the Southern and Eastern Districts of New York; and (d) the New York State Rules of Professional conduct as adopted from time to time by the Appellate Divisions of the State of New York.

5.     I, Michael L. Childress will faithfully adhere to all rules applicable to applicant's conduct in connection with any activities in this court.

                                                              By _/s/ Michael Childress_

Affiant further sayeth naught.                             Michael L. Childress



EXHIBIT C