UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
METROMOTION PRODUCTIONS, INC., a
New York Corporation, and DAYLIGHT
STUDIO, LLC, a New York Limited
Liability Corporation,

    Plaintiffs,

    -v-

FIREMAN'S FUND INSURANCE COMPANY,
a California Corporation,

    Defendant.
-----------------------------------x

17-cv-6419 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

The parties in this case have informed the Court that they have reached a settlement. Accordingly, the case is hereby dismissed with prejudice, but with leave to any party to move within 30 days from the date hereof to reopen the case and proceed to trial if the settlement is not fully effectuated.

SO ORDERED

Dated:    New York, NY
           October 3, 2017

JED S. RAKOFF, U.S.D.J.